# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

EASTERN DISTRICT - WI
FILED
2023 MAY -1 A 10: 35
CLERK OF COURT

(Full name of plaintiff(s))

Arthur Alonzo Cureton
A 1 connection LLC
Tiajah Trevon Cureton

v.

(Full name of defendant(s))

ABC Network
Disney
Apple INC
Hulu

Case Number:

23-C-0551

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__6501 W. Fond Du lac Ave. 18624, 53218__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the **defendant's job**)

worked for  ABC Network; Disney; Apple INC; Hulu;
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Apply to all defendant's listed in this complaint)

Plaintiff:

Owner and president, Arthur Alonzo Cureton: A-1 connections LLC, Creater of "Digital-Media Streaming; Platforms, and all it's intellectual property.

First Publised in 2015, 2016, to Curent date 2023.

All A-1 connection's, Brands are based on media streaming.

Trademark, with the, Department of Finiancal Institutions, DFI; in Wis,

A1connect Funk Media Streaming LLC.

A-1 connections LLC; has never Issued a License, or permission for use:

Complaint – 3

I am not sure who, or how long the Defendent's have used my brand in their buisness, to inclued all of their afiliates, who offer, Media Streaming Channels, or any mention of, Media Streaming.

(Where:)
My rights are being violated on, telecommunications: Devices

(What each did:)
The Defendent: (Emerged.) them selfs into my intillectual Property,

(When they violated my rights,)
(I'm not sure when the, Defendent's these violation's first started.

This type o buisness violations, has caused me grate pain, and suffering. to inclued Lost income, for myself, and my buisness.

Plaintiff:

Tiajah Trevon Cureton:
I am a musical producer, in the studios of A-1 connections LLC. The Streaming Plantform and Brand, that holds all intellectual property in my works of the art's.

I have never giving permission, to any other buisness, to impede, on any intellectual that belongs to my parent company.

My rights, were violated by defendents
1. Listed in this complaint.
2. The defendent merged themself's into my parent company A-1 connections brand.
3. This has been on going for along time, I hav'nt no exact date.
4. This violation, happen's on telecommunications devices, and Live:

This has caused, pain, and suffering, to inclued; Lost Icome, for my self.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Relief wanted from this Lawsuit.
1. To recover lost income, according to accounting principles.
2. Award of money for my pain, and suffering.
3. I would like the defindents, and there affiliate's to obtain a Licenes from A.1 connections LLC, to offer, and promote, Streaming channels, with parent Company A.1: LLC:

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __28th__ day of __April__ 20__23__.

Respectfully Submitted,

__Arthur A. Curtain__ (signature)
Signature of Plaintiff

__414-323-7740__
Plaintiff's Telephone Number

__A1connections@att.net__
Plaintiff's Email Address

A1connection.A1connections@gmail.com
__6501 W. Foud Du lac ave 18624__
(Mailing Address of Plaintiff)
__Milwaukee, WI 53218__
(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.